# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERNAN ESPINOSA, : | |
|     Plaintiff, : | |
| v. : | CIVIL ACTION NO. 17-5791 |
| NANCY A. BERRYHILL, : | |
| Acting Commissioner of Social Security,[1] : | |
|     Defendant. : | |

## ORDER

**AND NOW,** this 6th day of March 2019, upon consideration of Plaintiff's Request for Review, Defendant's Response, and the Report and Recommendation ("R&R") of United States Magistrate Judge Timothy R. Rice, to which no Objections have been filed, and after a careful, independent review of the complete administrative record, it is hereby **ORDERED** that:

1. The Clerk of Court is directed to **REMOVE** this action from civil suspense and return it to the active docket.

2. The R&R [Doc. No. 17] is **APPROVED and ADOPTED**[2];

3. The Plaintiff's request for review [Doc. No. 12] is **GRANTED**;

4. The case is **REMANDED** for further proceedings consistent with the R&R.

It is so **ORDERED**.

                                                      **BY THE COURT:**

                                                      **/s/ Cynthia M. Rufe**

                                                      **CYNTHIA M. RUFE, J.**

---

[1] Substituted pursuant to Fed. R. Civ. P. 25(d).

[2] The Court agrees with the thorough analysis of the R&R that the Administrative Law Judge's determination was not supported by substantial evidence, and particularly as to its Residual Functional Capacity assessment.